# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANGELO WASHINGTON, )<br>)<br>Petitioner, )<br>)<br>-vs- )<br>)<br>WARDEN S.R. GRANT, )<br>)<br>Respondent. ) | Case No. CIV-20-1209-F |

## ORDER

Petitioner Angelo Washington is a federal prisoner, appearing *pro se*, whose pleadings are liberally construed. His petition seeks relief under 28 U.S.C. § 2241. Mr. Washington argues he did not receive credit on his federal sentence for time he served in U.S. Marshal custody from on or about December of 2008 through August of 2009, while awaiting sentence in his federal case.

The magistrate judge filed a Report and Recommendation (the Report, doc. no. 12) on March 24, 2021, recommending the court deny relief. The Report sets out, in detail, the magistrate judge's reasons for her conclusion that the time in question was credited to petitioner's state sentences and that petitioner is not entitled to have that time credited to his federal sentence.

The Report advised petitioner of his right to file an objection to the Report by April 14, 2021. The Report also advised that failure to make timely objection waives appellate review of the factual and legal issues addressed in the Report. No objection to the Report has been filed and no request has been made for an extension of time within which to object.

Having reviewed the Report, and with no objection having been filed, the court concurs in the recommended ruling as stated in the Report. Given the detailed analysis set forth in the Report, there is no need for further discussion here.

Accordingly, with the correction of one date,[1] the Report is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. As recommended in the Report, the petition is **DENIED**.

IT IS SO ORDERED this 29th day of April, 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-1209p001.docx

---

[1] The Report states the marshals took petitioner from the custody of the Oklahoma Department of Corrections on December 19, 2003. Doc. no. 12, p.3 of 8. That date is hereby corrected to December 19, 2008.